660 A.2d 24

ALLEGHENY WEST CIVIC COUNCIL, INC.

v.

ZONING BOARD OF ADJUSTMENT OF the CITY
OF PITTSBURGH, and City of Pittsburgh and
Tom Mistick & Sons, Inc. (Two Cases).

Appeal of: TOM MISTICK AND SONS, INC. (Four Cases).

Robert MALAKOFF

v.

ZONING BOARD OF ADJUSTMENT OF the CITY
OF PITTSBURGH, and City of Pittsburgh and
Tom Mistick & Sons, Inc. (Two Cases).

Supreme Court of Pennsylvania.

Argued March 7, 1995.

Decided June 19, 1995.

David M. Priselac, Pittsburgh, for appellants.

Jacqueline R. Morrow, City Sol., Gretchen G. Donaldson, Associate City Sol., George R. Specter, Deputy City Sol., for the City of Pittsburgh.

William R. Grove, Jr., Leonard M. Mendelson, Dwight D. Ferguson, Hollinshead, Mendelson, Bresnahan & Nixon, P.C., Pittsburgh, for Robert Malakoff.

William R. Sittig, Jr., Pittsburgh, for Allegheny West Civic Council, Inc.

Before NIX, C.J., FLAHERTY, ZAPPALA, CAPPY, CASTILLE and MONTEMURO, JJ.

## ORDER

PER CURIAM.

The appeals are dismissed as having been improvidently granted. 157 Pa.Cmwlth. 692, 630 A.2d 63.

MONTEMURO, J., is sitting by designation.